IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATRICIA MCINTYRE | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 18-3865 |
| TRANS UNION LLC, ET AL. | : | |

## O R D E R

**AND NOW**, this   5th   day of   March  , 2020, upon consideration of Defendants' Motion to Dismiss Count II of Plaintiff's Class Action Complaint (ECF No. 18), and Defendants' Motion to Strike the Class Allegations of Counts I and III (ECF No. 19), it is ORDERED that Defendants' Motion to Dismiss Count II (ECF No. 18) is **DENIED**, and Defendant's Motion to Strike Class Allegations (ECF No. 19) is **DENIED without prejudice**.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**